**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00679-CR

## EX PARTE BRENDA MARIE SANCHEZ

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX12-90067-M**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying her the relief sought by her article 11.072 application for writ of habeas corpus. The appeal is accelerated pursuant to Texas Rule of Appellate Procedure 31. *See* TEX. CODE CRIM. P. ANN. art. 11.072, § 8; TEX. R. APP. P. 31. It does not appear from the trial court's order that a hearing was conducted on the application.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **JUNE 7, 2013**. The supplemental clerk's record shall contain all of the documents related to the habeas corpus proceeding, the trial court's order ruling on the habeas corpus application, *see* TEX. CODE. CRIM. P. ANN. art. 11.072, § 7; and the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d).

We **ORDER** appellant to file her brief by **JUNE 28, 2013**.  We **ORDER** the State to file its brief by **JULY 19, 2013**.  If any party's brief is not filed by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on **August 16, 2013** to a panel consisting of Justices Lang, Myers, and Evans.

/s/      DAVID EVANS
         PRESIDING JUSTICE